Orders.

## ORDERS.

During the time of these Reports the Supreme Judicial Court made the following orders with respect to applications for leave to obtain further appellate review of cases decided by the Appeals Court.

September 25, 1997

*Further appellate review denied:*

ASFAWOSSEN BEKELE ARARSO's CASE. Reported below: 43 Mass. App. Ct. 1106 (1997).

ASIAN AMERICAN CIVIC ASSOCIATION *vs.* CHINESE CONSOLIDATED BENEVOLENT ASSOCIATION OF NEW ENGLAND, INC. (and a companion case). Reported below: 43 Mass. App. Ct. 145 (1997).

BARNSTABLE COUNTY RETIREMENT BOARD *vs.* CONTRTIBUTORY RETIREMENT APPEAL BOARD & another. Reported below: 43 Mass. App. Ct. 341 (1997).

COMMONWEALTH *vs.* JOSE FERNANDEZ ANGELES. Reported below: 43 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* KEVIN McCARTHY BAILEY. Reported below: 43 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* KENNETH A. BERGERON. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* ALEJANDRO CORDERO. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* JEAN DESTINE. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* EDIGERTO DIAZ. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* RANDALL DUSTIN (and two companion cases). Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* MARTIN FERNANDEZ. Reported below: 43 Mass. App. Ct. 313 (1997).

COMMONWEALTH *vs.* THOMAS E. GARRITY, THIRD. Reported below: 43 Mass. App. Ct. 349 (1997).

COMMONWEALTH *vs.* ABRAHA GEBRU. Reported below: 43 Mass. App. Ct. 1106 (1997).

COMMONWEALTH *vs.* JOSE GORDON. Reported below: 43 Mass. App. Ct. 1104 (1997).

COMMONWEALTH *vs.* LLOYD JENNINGS. Reported below: 43 Mass. App. Ct. 1103 (1997).

COMMONWEALTH *vs.* MICHAEL JOHNSON. Reported below: 43 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* STEVEN D. McGRUDER. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* JONATHAN W. MILLER. Reported below: 43 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* THOMAS D. MORALES. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* ANTHONY PEPPE, JR. (and three companion cases). Reported below as COMMONWEALTH *vs.* RANDALL DUSTIN (and eight companion cases): 43 Mass. App. Ct. 1109 (1997).

Orders.

COMMONWEALTH *vs.* ANTONIO PEREZ. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* JOHN S. PIERRE. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* GERARD READY. Reported below: 43 Mass. App. Ct. 1104 (1997).

COMMONWEALTH *vs.* TRAVIS ROBINSON. Reported below: 43 Mass. App. Ct. 257 (1997).

COMMONWEALTH *vs.* CRISPULO RODRIGUEZ. Reported below: 43 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* JEFFREY A. RYAN. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* GARY A. SEVINOR. Reported below: 43 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* EUTEMIO TEJADA. Reported below: 43 Mass. App. Ct. 1106 (1997).

COMMONWEALTH *vs.* MICHAEL TEVEPAUGH. Reported below: 43 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* PETER ZIRPOLO (and a companion case). Reported below as COMMONWEALTH *vs.* RANDALL DUSTIN (and eight companion cases): 43 Mass. App. Ct. 1109 (1997).

M. GENEVIEVE CROSS *vs.* LABOR RELATIONS COMMISSION. Reported below: 43 Mass. App. Ct. 1106 (1997).

U. S. MAT & RUBBER CORPORATION & others *vs.* ROBERT ARAFE. Reported below: 43 Mass. App. Ct. 1107 (1997).


September 30, 1997

*Further appellate review granted:*

JOHN J. KELLY *vs.* CIVIL SERVICE COMMISSION & another. Reported below: 43 Mass. App. Ct. 908 (1997).

*Further appellate review denied:*

HAROLD BROWN *vs.* BOARD OF ASSESSORS OF BROOKLINE. Reported below: 43 Mass. App. Ct. 327 (1997).

STANLEY U. ROBINSON, THIRD, *vs.* HARRY SCHEUER. Reported below: 42 Mass. App. Ct. 1119 (1997).


October 23, 1997

*Further appellate review denied:*

CITY OF CAMBRIDGE *vs.* CIVIL SERVICE COMMISSION & another. Reported below: 43 Mass. App. Ct. 300 (1997).

COMMONWEALTH *vs.* GEORGE BARBOSA, JR. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* LOUIS CARRILLIO. Reported below: 43 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* HECTOR CASANOVA. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* JAMES F. CONNORS, JR. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* LISA CROWLEY (and two companion cases). Reported below as COMMONWEALTH *vs.* JAMES CROWLEY (and eight companion cases): 43 Mass. App. Ct. 919 (1997).

COMMONWEALTH *vs.* JOHN DESMARAIS. Reported below: 43 Mass. App. Ct. 1110 (1997).

COMMONWEALTH *vs.* GERALD HAMILTON. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* JAMES LEE. Reported below: 42 Mass. App. Ct. 1117 (1997).